FILED

1 | *Name:* Starlette Thompson

2 | *Address:* 54190 kalsman Dr

3 | Whitewater CA 92282

4 | *Phone:* 951) 323-8351

2023 MAR 27  PM 3: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: (A)

5 | Plaintiff In Pro Per

6 |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10 | Starlette Thompson,  ) **Case No.** EDCV23-00538-SSS(SHKx)
      (To be supplied by the Clerk)

11 | **PLAINTIFF,**  ) **COMPLAINT FOR:**

12 | **vs.**  )

13 | County of Riverside Dept of  ) _____

14 | Public Social Services child  ) _____

15 | Protective Services-County of  ) _____

16 | San Bernardino Dept of Public  )

17 | Social Services child Protective Serv )  **Jury Trial Demanded**

18 | **DEFENDANT(S).**  )

19 |

20 |

21 | <h1>I. JURISDICTION</h1>

22 | 1. This Court has jurisdiction under The Constitution For the

23 | United States of America North Continent -American

24 | Declaration on the Rights of Indigenous Peoples

25 | 18 U.S. code 1091 - Declaration of 1959 The Rights of the

26 | Child = The Treaty Peace and Friendship 1787 - For

27 | Diversity Jurisdiction 28 U.S.C § 1332 This court has

28 | Jurisdiction -Federal question jurisdiction 28 USC § 1331

1

## II. VENUE

2. Venue is proper pursuant to Original Jurisdiction United States Supreme Court California 28 U.S.C §1251 The legal term Venue refers to the location where a trial will be heard and Is most Commonly the most Convenient Court location 28 USC 1391 because the events giving rise to this complaint happened In this District. And Because the property at Issue in this Complaint is located In this District.

## III. PARTIES

3. Plaintiff's name is Starlette Thompson. Plaintiff resides at: 54190 Kalsman Dr Whitewater CA 92282

4. Defendant Liz Vera, MBA (951) 791-3878 23119 Cottonwood Ave Bldg B 2nd Fl Moreno Valley, CA 92553 Email: lvera@rivco.org Defendant Is currently employed of child protective Services In Riverside County

5. Defendant Frankie Shelton (909)270-8756 16250 Homecoming Dr unit 1125 Chino CA 91708 Defendant has resigned from the Department of Riverside County child protective Services approximately between the years of 2014-2017

2

6. Defendant Cindy Reyes, MSW

*Insert ¶ #*

1094 South E street San Bernardino, CA 92415 Email: Cindy.Reyes@hss.sbcounty.gov cell phone # (909) 495-7245 Defendant Is Currently an Employee of San Bernardino Child Protective Services

7. Defendant Raynesha Harrison (661) 547-8852

*Insert ¶ #*

2518 East Ave $k^2$ Lancaster CA 93535

8. Defendant Micheal J. Rushton

*Insert ¶ #*

Magistrate of Juvenile Court In Riverside County 30755-D Auld Road, Suite L-255 Murrieta CA 92563

9. Defendant Jackie Ross (323) 270-9833 cell #

*Insert ¶ #*

Caregiver for my children Sincere Hunter and De Anthony Hunter. San Bernardino County Employee of Child Protective Services

1   10. Defendant Department of Riverside County.

2   *Insert ¶ #*

3   Child Protective Services

4

5

6

7

8   11. Defendant Department of San Bernardino County

9   *Insert ¶ #*

10   Child Protective Services 1094 S. E street

11   San Bernardino, CA 92415 (909) 388-1900

12

13

14

15   12. Defendant Judi M. Ukiru

16   *Insert ¶ #*

17   Employee of Riverside County Child protective

18   Services 23119 Cottonwood Ave Bldg B 2nd Floor

19   Moreno Valley, CA 92553

20

21

22   13. Defendant Catalina Vega

23   *Insert ¶ #*

24   Employee of San Bernardino County Child

25   Protective Services - 1094 South E street San Bern-

26   ardino, CA 92415

27

28

Pro Se Clinic Form

1   14. Defendant Erica Crowder (951)212-0977
2   23119 Cottonwood Ave Bldg. B 2nd Floor
3   Moreno Valley, CA 92553 Defendant Is Currently
4   employed of Child protective Services In Riverside
5   County

6

7   15. Defendant Jessica Pitman (909)756-0843 and
8   (951)357-3516
9   15010 Palmdale Rd, Victorville 92392 Defendant
10  Is Currently employed of Child protective Services
11  In San Bernardino County.

12

13  16. Defendant Dana Ables, SSP III (951)358-4678
14  10281 Kidd Street, 2nd floor Riverside, CA 92503
15  Defendant Is Currently employed of Child protective
16  Services In Riverside County.

17

18  17. Defendant Victoria Salazar SSS (951)413-5141
19  23119 Cottonwood Ave Bldg. B 2nd Floor
20  Moreno Valley, CA 92553 Defendant Is Currently
21  employed of Child protective Services In Riverside
22  County

23

24  18. Defendant Jennifer Marshall SSS (951)413-5141
25  23119 Cottonwood Ave Bldg. B 2nd Floor Moreno Valley, CA
26  92553. Defendant Is Currently employed of Child protective
27  Services In Riverside County.

## IV. STATEMENT OF FACTS

1. On Nov 28,2022 I spoke to Liz Vera employee of Riverside County child protective services It was discussed that they will be removing my Son Kenneth Willie Ray Griffin Thompson from my care due to extensive history with child Protective Services In Riverside, San Bernardino and Los Angeles County and Mother (Starlette Thompson) has a history of abusing controlled Substances.

2. On Dec 2,2022 Magistrates Micheal J Rushton, Lisbeth Vera, Dana Ables, Jennifer Marshall, Victoria Salazar and the Department of Riverside County DPSS-CSD Order that my Son be detained and Its the Department decesion If I recieve services

3. On Jan 17,2023 I spoke to Erica Crowder who Is my Currently Social worker for my Son Willie Ray kenneth (willie Ray Griffin Thompson) Via Phone In regarding department recommendation I Starlette Thompson asked Erica Crowder If the department has made a decesion If family reunification will be granted to me Erica Crowder reply back due to extensive history with CPS and failed to reunify with my other children The

5

Pro Se Clinic Form

4.  department decesion Is that the Mother
Starlette Thompson be denied family reunification
and the department denied services to the mother
Starlette Thompson

5.  On July 16, 2015 Employees of Child Protective
Services of San Bernardino County forcibly kidnap my
children Sincere Hunter and De'Anthony Hunter. March 4,
2019 Employees of child Protective Services of Riverside
County Corporation forcibly kidnap my child Marlette
Coleman in the hospital after birthing her

6.  On Feb 2, 2023 approx at 2:13pm I
was sent an text message from Jackie Ross
In regards me to bring my children Sincere and
De Anthony food because they are hungry and Mrs
Reyes said for her not to feed my children before
the visit.

*Insert ¶ #*

Pro Se Clinic Form

6

On July 8th 2019 and

7. On March 1 2023 I made an
Insert ¶ #
Special appearance to clear up the matter that my
child Marlette Coleman and Kenneth Willie Ray Griffin
Thompson who has been kidnap by Riverside County
Child Protective Services. I stated on record and to the
Magistrate acting as a Article III judge, of my nation-
ality and ask Micheal J. Rushton.. Is he honoring his
oath... and his reply is " I do not have to answer you

8. Another question was asked by me to Micheal
Insert ¶ #
J. Ruston".. I need proof of Jurisdiction Over me
and my children..." His reply was "the court has jurisd-
iction.. and I don't have to show it to you... Micheal J.
Rushton was slandering my nationality, not honoring
his Oath and my Constitutional, Inalienable and Unalie-
nable rights. Once the record wasn't Satisfied, I left
the Venue and witnesses told me that Micheal J. Rushton and
others employees was still slandering me.

9. On June 17th 2019 there was a meeting between
Insert ¶ #
I Starlette Thompson Judi M. Ukiru and Elania Barraza
who Is Employees of Child Protective Services of Riverside
County Corporation to clear up the matter that Someone In
the children's hospital have been slandering me as "being
aggressive". I Stated on the record with her of my nation-
ality and my rights and They did not honor my Constitutional
rights. Once I asked for the Injured party to come forth.

10. Social workers Failed to have an accuser and They restrict my Visit to see my child Marlette Coleman.

11. On August 13, 2019 I did another special appearance to the Same Venue and the Same Magistrate as my previous special appearance. Michael J. Rushton once again did not honor his oath to the Constitution and Fail to Satisfied the record with proof of Jurisdiction and proceed without without proper Jurisdiction. Michael J. Rushton made an "order" that I can only visit my child Marlette Coleman

12. For 1 hour only 1 time a month. Michael J. Rushton Slander my nationality and rights. I hand delivered a Writ of Nature of Discovery to Michael J. Rushton (Judge) and remove myself from the Venue. He did not have any comment to the writ, but he stated on the record that the Writ of Discovery was Filed.

13. On July 25, 2019 I made an special appearance to a family Court In San Bernardino. The Magistrate of the Venue Marshall, Chistopher failed to satisfy the record of jurisdiction. I was stating on record of my nationality he force me to be quiet by having a policy Enforcement, Clem, D. physically removing me from the room.

14. On August 25, 2019 the Magistrate Marshall, Chistopher made an unlawful "Order" to "take" my parental rights away" and "I can only visit my children only 4 hours a month" after been on notice that he Is violating his oath and my Constitutional rights.

15. Judi M Ukiru, Elisa Artega, Leslie A Bram, Frankie Shelton, Micheal J, Rushton, Lisbeth Vera, Dana Ables, Jennifer Marshall, Victoria Salazar and Erica Crowder are Employees of Riverside County Child Protective Services who Is human

1 trafficking my children and Committing mental
2 genocide to myself (Starlette Thompson and to my
3 children

8  16  Cindy Reyes, Jessica Pitman, Jackie Ross,
9 Catalina Vega, Magistrate Marshall, Chistopher are
10 Employees of San Bernardino County Child Protective
11 Services who Is human trafficking my children and
12 Commiting Mental Genocide to myself (Starlette Thompson)
13 and to my children.

## V. <u>CAUSES OF ACTION</u>

### FIRST CAUSE OF ACTION

(Violation of the Constitution and The Rights of Indigenous)
People.
*insert title of cause of action*

**(As against Defendant(s):** Magistrates for Riverside and San Bernardino
CPS courts and Employees of Riverside and San Bernardino County)
CPS offices

*Insert ¶ #* . Courts In administrative Issues are prohibited
from even listening to or hearing arguments, Presentat
ion, or rational." ASIS. V. US, 568 F 2d. 284. Plaintiff
realleges Paragraphs 1 through 16

*Insert ¶ #* . Ministerial officers are Incompetent to recieve
grants of Judicial Power from the legislature, their acts In
attempting to exercise Such powers are necessarily nullities.
"Burns V. Supp SF, 140 Cal 1.

*Insert ¶ #* . The Constitution For the United States of America
Continent 1787/1791 Article VI: "....all executive and judicial
officers, both of the United States and of the several states,
shall be bound by oath or affirmation, to support this
Constitution'.

## V. <u>CAUSES OF ACTION</u>

### FIRST CAUSE OF ACTION

( Genocide and Violating my children rights )

*insert title of cause of action*

**(As against Defendant(s):** Lisbeth Vera, Micheal J Rushton
Cindy Reyes, Jackie Ross, Child Protective Services) -
of Riverside County and Child Protective Services of San Bernardino County.

1. 18 U.S. Code. Subsection 109. Genocide
transfers by force children of the group to another
group
Plaintiff realleges Paragraphs 1 through 16

2. Declaration of the Rights of The Child 1959
( G.A. res. 1386 (XIV), U.N GAOR Supp (No.16) at 19,
U.N. Doc A/4354 (1959) Principle 6: He shall wherever
possible, grow up in the care and under the responsibi-
lity of his parents. A child of tender years shall not.
Save in exceptional circumstances, be separated from his mother

3. Principle 9: The child shall be protected against
all forms of neglect, cruelty and explortation. He shall
not be subject of traffic. In any forms. Plaintiff
realleges Paragraphs 1 through 16

Pro Se Clinic Form                          *Page Number*

## SECOND CAUSE OF ACTION

(Violating my Constitutional rights to privacy)

*insert title of cause of action*

**(As against Defendant(s):** Employees of Riverside County Child Protective Services and Magistrates and          )

San Bernardino County of Child Protective services

1. refuse to recognize and honor my aboriginal
*Insert ¶ #*
Inalienable and unalienable Constitutional rights and fail to recognize my nationality and threating me to consent to unlawful "orders" and "Codes" Plaintiff realleges Paragraphs 1 through 16

2. American Declaration on The Rights of Indigen-
*Insert ¶ #*
ous Peoples: Article II: "The States recognize and respect the Multicultural and Multilingual character of the Indigenous peoples, who are an Integral part of their Societies." Plaintiff realleges Paragraphs 1 through 16

___. Article XXXV: Nothing In this Declaration
*Insert ¶ #*
may be Interpreted so as to limit, restrict, or deny human rights In any way, or so as to authorize any action that Is not In keeping with International human rights laws. Plaintiff realleges Paragraphs 1 through 16

Pro Se Clinic Form                    *Page Number*

1

2      **SECOND CAUSE OF ACTION**

( Violation of the Constitution Rights and Civil Rights

*insert title of cause of action*

3 **(As against Defendant(s):** As the Juvenile Courts In San Bernardino

4 and Riverside Magistrates does not have Jurisdiction to listen

5 to, hear arguments, Presentation, or rational.

6

7    4 .   The Constitution for the United States of

*Insert ¶ #*

8 America Continent 1787/1791 - Amendment IX: "The

9 enumeration In the Constitution, of Certain rights,

10 Shall not be Construed to deny or disparage others

11 retained by the people

12

13    5 .   The Parties to the Compact of the United

*Insert ¶ #*

14 States Constitution further agreed that the enumeration

15 in the Constitution of Certain Rights Shall not be Constr-

16 ued to deny or disparage others retained by the People

17 (Article 9 of the Bill of Rights to the Constitution for the

18 United States)."

19    6 .   "When acting to enforce a statue and its subsequent

*Insert ¶ #*

20 amendments to the present date, the Judge of the now Municipal

21 Court Is acting as an administrative officer and not In a

22 Judical capacity; Courts In administering or enforcing statues

23 do not act judicially, but merely Ministerially" Thompson V.

24 Smith 154 SE 583.

25

26

27

28

1

## VI. REQUEST FOR RELIEF

2

3

4      WHEREFORE, the Plaintiff requests:

5

6      _____. I Starlette Thompson demand If any Criminal
7      charges be found, let them be placed upon the Plaintiffs.
       *Insert ¶ #*
8

9

10

11     _____. Respondent Child Protective Services of Riverside
       *Insert ¶ #*
12     County Is being sued for $75,000 for compensatory
13     damages and $75,000 for punitive damages In its official
14     capacity payable In lawful money and command my children to
15     be United with Their mother Starlette Thompson.

16

17     _____. Respondent Child Protective Services of San Bern-
       *Insert ¶ #*
18     ardino County Is being sued for $75,000 for Compensatory damages
19     and $75,000 for punitive damages In its official capacity paya-
20     ble In lawful money and command my children to be United with
21     Their mother Starlette Thompson.

22     _____. Judi M. Ukiru Is being sued for $75,000 for Compens-
       *Insert ¶ #*
23     atory damages and $75,000 for punitive damages In her
24     official and private capacity payable In lawful money.

25

26

27

28

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_Insert ¶ #_ 1. That Riverside County Child protective Services and San Bernardino County child Protective Services return my children back to me their mother. My children names are LAmond Graham, Corrina Shelton, Rashawn

_Insert ¶ #_ . Thompson, John Thompson, Markeith Thompson, Sincere Hunter, De'Anthony Hunter, Marlette Coleman, Willie Ray Griffin III, and Kenneth Willie Ray Griffin Thompson and CPS has them.

_Insert ¶ #_ . I Starlette Thompson, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic)

_Insert ¶ #_ . I Starlette Thompson, demand this United States Federal Court stop these abuses of the colorable authority by the Plaintiff as it pertain to this petitioner

# VI. Request for Relief

1

2

3

4    Wherefore, the Plaintiff requests:

5

6    _____ Respondent Lisbeth Vera is being sued for

7    $75,000 for punitive damages in her official and private

8    capacity payable in lawful money

9

10

11   _____ Respondent Frankie Shelton is being sued

12   for $75,000 for compensatory damages and $75,000 for punitive

13   damages in her official and private capacity payable in

14   lawful money.

15

16

17   _____ Respondent Catalina Vega is being sued for $75,000

18   for compensatory damages and $75,000 for punitive damages

19   in her official and private capacity payable in lawful

20   money.

21

22   _____ Respondent Cindy Reyes is being sued for

23   $75,000 for compensatory damages and $75,000 for punitive

24   damages in her official and private capacity payable in

25   lawful money.

26

27

# VI. Request for Relief

Wherefore, the Plaintiff

_____ Respondent Raynesha Harrison Is being Sued for $75,000 for Compensatory damages and $75,000 for punitive damages In her official and private capacity payable In lawful money

_____ Respondent Michael J Rushton Is being Sued for $75,000 for Compensatory damages and $$75,000 for punitive damages In his official and private capacity payable In lawful money

_____ Respondent Jackie Ross Is being Sued for $75,000 For Compensatory damages and $75,000 for punitive damages In her official and private capacity payable In lawful money

_____ Respondent Jennifer Marshall Is being Sued for $75,000 for Compensatory damages and $75,000 for punitive damages In her official and private capacity payable In lawful money.

Wherefore, the Plaintiff requests:

_____ Respondent Erica Crowder Is being Sued for $75,000 for Compensatory damages and $75,000 for punitive damages In her official and private capacity payable In lawful money.

_____ Respondent Jessica Pitman Is being Sued for $75,000 for Compensatory damages and $75,000 for Punitive damages In her official and private Capacity payable In lawful money

_____ Respondent Dana Ables Is being Sued for $75,000 for Compensatory damages and $75,000 for punitive damages In her official and private Capacity payable In lawful money.

_____ Respondent Victoria Salazar Is being Sued for $75,000 for Compensatory damages and $75,000 for Punitive damages In her official and private Capacity payable In lawful money.

# VI. Request for Relief

Wherefore, the Plaintiff requests:

___ Respondent Marshall, Chistopher Is being sued for $75,000 for Compensatory damages and $75,000 for punitive damages In his official and private Capacity payable in lawful money.

___ Respondent Leslie ABram Is being sued for $75,000 for Compensatory damages and $75,000 for punitive damages In her official and private Capacity payable In lawful money.

___ Respondent Elisa Artega Is being sued for $75,000 for Compensatory damages and $75,000 for punitive damages In her official and private Capacity payable In lawful money.

1

## VII. DEMAND FOR JURY TRIAL

2

3

4        Plaintiff hereby requests a jury trial on all issues raised in this complaint.

5

6

7                    Dated: _3-27-2023_____

8

9

10              Sign: _S. Thomp_____

11        Print Name: _Starlette Thompson_

12                    Plaintiff in pro per

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RIVERSIDE
COUNTY
DEPARTMENT OF PUBLIC SOCIAL SERVICES
CHILDRENS SERVICES DIVISION

**Children's Services Division**
**Notice of Detention or Initial Hearing – CSD 3716**

## Court Hearing Information

In accordance with Welfare and Institutions Code (W&IC) 307.5

There will be a Detention/Initial Hearing about your child/ren _Kenneth Thompson_
_Griffin_

Southwest

(list all names)

on _9/2/22_ at _8:00am_ ~~Riverside~~ Juvenile Court as indicated below.

**A medical exam for your child(ren) will be requested at this hearing. You have the right to be present and an opportunity to be heard at this hearing.**

Please show this sheet to security personnel to receive priority entry into the courthouse at 7:30 AM before your hearing so you may attend a brief orientation to the Juvenile Court process.

☑ JV-050INFO "What happens if your child is taken from your home?" information sheet provided to parent.

| Social Services Practitioner's (SSP) Name: _Vera_ | SSP's Phone Number: _951-204-7860_ |
|---|---|

## ATTENTION PARENT OR GUARDIAN - It is important that you be present at this hearing.

At this hearing the court will decide if their supervision is necessary to ensure your child/(ren)'s safety and

• if there was probable cause to remove your child

• if there is legal reason to continue to detain your child and, if so,

• where your child should stay until an investigation can be completed, and

• make an order so that you may visit your child, if your child has been removed from your care.

## YOU HAVE THE RIGHT TO BE REPRESENTED BY AN ATTORNEY

If you are the parent or guardian of a child named above and you cannot afford to hire an attorney to represent you, you should appear on the date of the hearing and request that an attorney be appointed for you. If you cannot appear on the date of the hearing, please call or write to the Clerk of the Court at the address checked below and request that an attorney be appointed to you.

A parent or guardian should call or write to his or her attorney immediately, so that the attorney can be ready for the above listed hearing. At the Dispositional Hearing and at other times the court may hold a hearing to decide whether you are able to pay all or part of the cost of your appointed attorney, and may order you to pay all or part of that cost.

**Please bring this sheet and the following information about your child(ren) with you to court so that we may provide the best possible services to your family:**

| | | | |
|---|---|---|---|
| ☑ | Birth Certificate(s) | ☑ | Any Medical Records |
| ☐ | Guardianship Paperwork | ☑ | Child(ren)'s prescription medication in original container |
| ☑ | Social Security Card(s) | ☑ | Name and Address of Doctor/Dentist |
| ☑ | Medi-Cal Card(s) | ☐ | School Information |
| ☑ | Immunization Card(s) | ☑ | Names, addresses, phone numbers, and DOB of any/all relatives |

CSD 3716 (01/28/2020) Notice of Detention or Initial Hearing

Page 1 of 2





**Raynesha**
8:20 AM, Oct 17

Starlette get your life together and leave me the fuck alone. I've done your job for the last 12 years. You had plenty of time to figure your shit out and you haven't all you've done was pop drug babies out miss me with your bullshit. Get your shit together and then come talk to me. Don't be mad because I've done a better job than you ever will do and that's facts. I'll nervier be lonely. Better yet I rather be lonely then do drugs and have men that just beat on me get pregnant and can't take care of any of my children not one or two but 9 almost 10. Aww just give it up. Better yet hey your shit together and get your fucking kids. They fuck ups just like you and no they ain't my biological kids they willl never be steven and rayven and that's facts you should be blessed that I've kept them this long because just like you no one wants to be bothered. And yes I get money for them they a fucking had to deal with. I need extra money for dealing with your stupid ass as well. Lose my fucking number bitch and act like I dont exist to you because you're dead to me. Ps fuck you

10:49 AM

← Cindy Reyes , Jacki...

Jackie Ross

They are hungry
please bring
food Mrs Reyes
said for me not
to feed them
before the visit

Yes ma'am you
know me always
gotta have food

Thu 2:15 PM • MMS
Telrite/Pure Talk

Text

10:52 AM

← Cindy Reyes 　　📹　📞　⋮

that

They are confused because you tell them they're going back home

No one is coaching them

Yes, call me later

↓

⊕　Text 　　🔢 ☺ 🎤

10:54 AM

← Cindy Reyes 🎥 📞 ⋮

you

Your children are happy and safe and I have personally seen that

They are confused because you tell them they're going back home

↓



DECEMBER 8, 2016

DEAR:  HONORABLE JUDGE,
       MINOR'S ATTORNEY,
       MINOR'S SOCIAL WORKER &
       REPRESENTATIVES OF RIVERSIDE COUNTY
       DEPARTMENT CHILDREN SERVICES

The purpose of this letter is to notify the court and all other representatives of the Riverside County Department of Children Services involved in the matter of MINOR, CORRINA RAMONA SHELTON, that we are outraged, alarmed and dismayed by recent information received.  We were informed that Starlette Thompson, biological mother for the above minor has filed petition to obtain full custody and/or visitation rights for said minor.

As the paternal grandparents and guardian of the above minor I, FRANKIE SHELTON and GREGORY SHELTON HEREBY OBJECT AND OPPOSE TO ANY POSSIBILITY AND/OR RE-CONSIDERATION TO REUNIFIY SAID MINOR WITH HER MOTHER ON ANY LEVEL.

We strongly believe that if the court grants the mother the petition to reestablish visitation rights and/or reunification with minor Corrina Shelton, such decision will be detrimental to Corrina's mental, emotional, psychological, and physical well-being.  It will also present a situation inimical to Corrina's life and jeopardize her health and safety.  Placing and/or returning Corrina to Ms. Thompson again, despite past multiple failed attempts of reunification will send a very strong message to Corrina that her life does not matter, she is not important and the exposure of revictimization against a child is acceptable.  Corrina continues to try and understand, as well as, comprehend why her mother subjected her to such horrific and insurmountable abuse, pain, suffering, mistreatment and neglect.  Whether Ms. Thompson recalls the terrible things she did to her daughter, Corrina clearly remembers every detail of the things that she was subjected and exposed.  Corrina remembers the violence, beatings, sexual abuse, starvation, homelessness, drug infested environment, alcoholism, prostitution, all night parties, volumes of women and men coming and going, including those of convicted felons, criminals, perverts and child molesters.

When I told Corrina that her mother was trying to get her back, Corrina started crying hysterically and has continued to cry every day since.  Corrina has made it very clear that she does not want to be with her mother.  Corrina wants to talk to the judge, so that she can tell the judge in her own words, how she feels about going back to her mother.  I suggested to Corrina to write a letter.

The effects of abuse have left Corrina with severe permanent internal and external wounds. Damage is of such that Corrina have the following medical diagnoses: Post Traumatic Syndrome, Severe Depression, Anxiety, Suicidal Ideation, Attention Deficient Hyperactivity Disorder, Chronic Seizures Disorders, Chronic Myoclonic Epilepsy and Intellectual Disabilities.

Additionally, Corrina must have yearly detailed and extensive IEP's with numerous accommodations.  Corrina is assigned a school counselor, who she sees one time per week at school.  Corrina sees her neurologist bi-monthly.  She attends individual therapy weekly, as well as group therapy.  Corrina has a mental health coach assigned to her, who goes to Corrina's school and comes to our home four (4) days per week for two (2) hours to assist, guide and help

Corrina to learn various techniques and tools on how to think positive, build up her self-esteem, resolve problems, better manage her emotions, feelings and anger.

Corrina have nightmares about men in her bed/room, trying to get her to do things to them. Her nightmares are heartbreaking and deeply troubling. Her screams are execrating, she is kicking fiercely, and fighting for her life. Corrina wet the bed and slept with her legs wide spread for a couple of years. Corrina is afraid of the dark and is fearful of being left alone. She worries about people being able to get into our home. Thus, we had to install extra locks on the doors and windows. In addition, we installed alarms and cameras. Corrina often has flashbacks of sleeping on the streets, being forced to steal food, begging for money, being punched, slapped, hit, knocked down, called ugly and cursed out. Each time she sees a homeless person on the streets, Corrina becomes emotional and withdrawn. Corrina has serious socialization problems, issues resolving conflicts and making appropriate decisions. Corrina has trouble making and keeping friends. She is extremely sensitive, easily agitated and irritated. Minor Corrina struggles with being able to focus, concentrate, and follow through on tasks. Corrina struggles with anger and rage outburst. She cries a lot; her mood swings are excessive. Corrina demands constant supervision and attention. Corrina worries a lot about the kind of person she will be. She worries that her future will be like that of her mother. Corrina has an overwhelming attachment to me (grandmother) and we have a strong communication connection and bond. Corrina is paranoid. She often thinks that people are watching her, talking about her and/or looking to do harm towards her. Corrina is afraid of her mother. Corrina requires many hugs and needs to be told "I love you" many, many times per day. Corrina is excessively needy, craves constant praise and attention.

Despite the challenges, obstacles and difficulties Corrina endures daily, she is an incredibly smart, mature and strong little girl for her age. Corrina is excelling in school. She is an "A/B student. She has received several awards for perfect attendance and excellent performance. Corrina takes pride in doing her best in school and loves school very much. She talks a lot about going to college, getting a good job, buying herself a Mustang and a beautiful home. Corrina believes that God has giving her a second chance in life. It has not by any means been easy for us or Corrina, but with unconditional love, support, nurturing, patience, determination and years of extensive, long-term and on-going pro-active interventions, medical, care, services, treatments, therapy, counseling, hospitalizations, and medications management, Corrina has made significant progress and improvements. It is so heartwarming to see Corrina blossom into a beautiful flower.

In closing, Corrina is in the best place. Disruption to her current placement will set into motion retraumatizing and re-abuse all over again. Thereby, eventually, either killing Corrina mentally, emotionally, physically and/or possibly literally. It is in the best interest of Corrina Ramona Shelton to remain with us. Corrina is in a safe place. She is happy and has overcome unimaginable leaps and bounds. We plead with the court to hear our voice. More importantly, hear and listen to the voice of Corrina Shelton.

*Jenice Shelton* 12/8/2016

*Gregory a. Shelton* 12-08-16